UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | PORAYKO, WILLIAM N. | § | Case No. 09-29262 |
| | PORAYKO, BILL | § | |
| | | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/10/2013 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/07/2013</u>      By:   <u>/s/Eugene Crane</u>
                                         Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: PORAYKO, WILLIAM N. | § | Case No. 09-29262 |
| | § | |
| PORAYKO, BILL | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $   12,398.22

*and approved disbursements of*    $   667.64

*leaving a balance on hand of* [1]    $   11,730.58

**Balance on hand:**    $   11,730.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Travis Crowell | 68,399.77 | 1,000.00 | 0.00 | 1,000.00 |
| 13 | JPMorgan Chase Bank, N.A. | 695,681.70 | 0.00 | 0.00 | 0.00 |
| 17 | GMAC | 11,211.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $   1,000.00
Remaining balance:    $   10,730.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,989.82 | 0.00 | 803.70 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 20,785.50 | 0.00 | 8,395.39 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 914.79 | 0.00 | 369.49 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 912.00 | 0.00 | 912.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administration expenses:    $    10,730.58
Remaining balance:    $    0.00 ✸

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $743.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 -2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 16 | Illinois Department of Employment Security | 743.63 | 0.00 | 0.00 |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,272.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 9,303.01 | 0.00 | 0.00 |
| 2 | Advanta Bank Corp | 36,886.85 | 0.00 | 0.00 |
| 4 | American Express Bank FSB | 23,792.57 | 0.00 | 0.00 |
| 5 | American Express Bank FSB | 948.77 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 983.49 | 0.00 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 2,506.89 | 0.00 | 0.00 |

✸ This case is administratively insolvent due to Debtor's assets going to citation lien holder. Trustee lost his appeal for turnover of those assets.

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 18,052.68 | 0.00 | 0.00 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 12,057.40 | 0.00 | 0.00 |
| 10 | United States Department of Education | 5,150.81 | 0.00 | 0.00 |
| 12 | Liberty Tax | 1,800.00 | 0.00 | 0.00 |
| 14 | Frank Salamone | 27,789.71 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 7,093.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Wells Fargo Financial Illinois Inc | 518.00 | 0.00 | 0.00 |
| 18 | Federal National Mortgage Assoc | 6,575.30 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-29262-PSH
William N. Porayko                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman                Page 1 of 3              Date Rcvd: Nov 08, 2013
                              Form ID: pdf006             Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2013.
```
db         +William N. Porayko,    280 Maplewood Road,    Riverside, IL 60546-1846
aty        +Crane Heyman Simon Welch & Clar,    Dannen Crane Heyman & Simon,    135 S Lasalle St Ste 1540,
             Chicago, IL 60603-4101
14452621    Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14295792   +Alfredo Espana,    7227 Roosevelt,    Forest Park, IL 60130-2495
14295793   +Allied Waste Services,    5050 W. Lake Street,    Melrose Park, IL 60160-2767
14295794    American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
14488128    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14469598    American Express Blue,    PO Box 0001,    Los Angeles, CA 90096-8000
14489972    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14469600   +American Express Green,    PO Box 0001,    Los Angeles, CA 90096-8000
14469599   +American Express Platinum,    PO Box 0001,    Los Angeles, CA 90096-8000
14295795   +American Home Mortgage,    PO Box 631730,    Irvine, TX 75063-0002
14295796    American Home Mortgage Servicing, Inc.,    P.O. Box 66029,    Dallas, TX 75266-0029
14295801   +Bank of America,    450 American St.,    Mailstop: SV-65,    Simi Valley, CA 93065-6285
14295800    Bank of America,    P.O. Box 660312,    Dallas, TX 75266-0312
14295798   +Bank of America,    6720 W. Roosevelt Rd,    Oak Park, IL 60304-2094
14295799   +Bank of America,    8617 Innovation Way,    Chicago, IL 60682-0086
14295802   +Bank of America American Express,    PO Box 15726,    Wilmington, DE 19886-5726
14295804    Bank of America Home Loans,    PO Box 650225,    Dallas, TX 75265-0225
14469605   +Ben Watts Marina,    116 S Route 12,    Fox Lake, IL 60020-1746
14334386   +CITIMORTGAGE,INC.,    1000 TECHNOLOGY DRIVE,    O FALLON, MISSOURI 63368-2240
14295808   +Chase Visa LTD Financial,    PO Box 15548,    Wilmington, DE 19886-5548
14295809   +Chicago Title & Trust,    171 N. Clark St,    #575,   Chicago, IL 60601-3368
14469606   +CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
14295810   +CitiMortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14295811   +Collection Services Limited Partnership,    Collection Agency Division,    P.O. Box 626,
             Elgin, IL 60121-0626
14295812    Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
14469602   +Cook County Assessor,    County Bldg, Room 301,    118 N Clark St,    Chicago, Il 60602-1354
14295815   +Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
14295816   +Craig Shaffer & Associates Ltd.,    2720 River Road,    Des Plaines, IL 60018-4109
14295818    Dyck-O'Neil, Inc.,    PO Box 841776,    Dallas, TX 75284-1776
14295819   +Ebony Barnett,    1124 Marengo,    Forest Park, IL 60130-3924
14469595   +FFCC-Columbus, Inc,    PO Box 20790,    Columbus, OH 43220-0790
16143978   +Federal National Mortgage Assoc,    Successor to CitiMortgage,    Dyck-ONeal, Inc,    PO Box 13370,
             Arlington, TX 76094-0370
14295821   +Frank Salamone,    626 Belleforte,    Oak Park, IL 60302-1626
14295823    GMAC,    PO Box 4622,    Waterloo, IA 50704-4622
14295822   +General Home,    7227 Roosevelt,    Forest Park, IL 60130-2495
14295825   +Grant Property,    27 N. Wacker Drive,    #446,   Chicago, IL 60606-2800
14295826    Greentree,    800 Landmark Towers,    St Paul, MN 55102
14295827   +Gregory Goins,    7227 Roosevelt,    Forest Park, IL 60130-2495
14469593    HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
14295828    Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029
14295829    Homelink,    2500 Higgens #630,    Hoffman Estates, IL 60169-2046
14469594   +IL Dept of Employment Security,    PO Box 626,    Elgin, IL 60121-0626
14469603   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   IL Department Of Revenue,    100 W Randolph,
             Bankruptcy Section-Level 7-425,    Chicago, IL 60601)
14948186   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14469592    JPMorgan Chase,    PO Box 78065,    Phoenix, AZ 85062-8065
14800800   +JPMorgan Chase Bank, N.A.,    c/o Jeffrey S. Burns,    Crowley Barrett & Karaba, Ltd,
             20 S Clark Street, Suite 2310,    Chicago, IL 60603-1806
14295833   +JPMorgan Chase Bank, NA,    Royal Ridge Operations Center,    PO Box 650528,
             Dallas, TX 75265-0528
14295830   +Jackson Hewitt,    7227 Roosevelt,    Forest Park, IL 60130-2495
14295834    Key Bank,    PO Box 94620,    Cleveland, OH 44101-4620
14295835   +Liberty Tax,    7233 Roosevelt,    Forest Park, IL 60130-2471
17585957   +MTGLQ Investors, L.P.,    c/o Rosicki, Rosicki & Associates, P.C.,    51 East Bethpage Road,
             Plainview, NY 11803-4224
14295836    Menards - HSBC,    PO Box 5219,    Carol Stream, IL 60197-5219
14295837    Mobil,    Processing Center,    Des Moines, IA 50361-0001
14295838   +Natasha Robertson,    7227 Roosevelt,    Forest Park, IL 60130-2495
14469591    National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
14295839   +Neil McShaffrey,    1124 Marengo,    Forest Park, IL 60130-3924
14295841   +Ocwen,    PO Box 785056,    Orlando, FL 32878-5056
14469590   +Sage Capital Recovery,    1040 King Hwy N,    Cherry Hill, NJ 08034-1908
14295843   +Salomon Cleaners,    7227 Roosevelt,    Forest Park, IL 60130-2495
14295844   +Tamara Botkin,    280 Maplewood Road,    Riverside, IL 60546-1846
14376500   +Travis Crowell,    Luke J Hinkle-Bauch & Michaels, LLC,    53 W Jackson Blvd Ste 1115,
             Chicago, Il 60604-3566
14295845   +Travis Crowell Bauch and Michaels,    53 W. Jackson,    #1115,    Chicago, IL 60604-3566
```

```
District/off: 0752-1           User: froman              Page 2 of 3               Date Rcvd: Nov 08, 2013
                               Form ID: pdf006           Total Noticed: 87


14295846     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO 63179)
14295847      US Dept of Education,   PO Box 530260,   Atlanta, GA 30353-0260
14659272      United States Department of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
               Greenville, TX 75403-5609
14295848     +Veolia Environmental Services,   4612 W. Lake Street,   Melrose Park, IL 60160-2747
14295849     +Village of Forest Park,   517 Des Plaines Ave,   Forest Park, IL 60130-1800
14295850     +Village of Riverside,   27 Riverside Road,   Riverside, IL 60546-2299
14837446     +Wells Fargo Financial Illinois Inc,   4137 121st Street,   Urbandale IA 50323-2310
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14295791      E-mail/Text: bkr@cardworks.com Nov 09 2013 00:37:29     Advanta,   PO Box 30715,
               Salt Lake City, UT 84130
14295797     +E-mail/Text: g20956@att.com Nov 09 2013 00:39:21     ATT Mobility,   P.O. Box 6463,
               Carol Stream, IL 60197-6463
20776014     +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2013 00:37:42     Ally Financial Inc.,
               P O Box 130424,   Roseville, MN 55113-0004
14295805      E-mail/Text: bankruptcynotices@bmwfs.com Nov 09 2013 00:39:10     BMW Financial,   PO Box 9001065,
               Louisville, KY 40290-1065
14469597     +E-mail/Text: cms-bk@cms-collect.com Nov 09 2013 00:38:08     Capital Management,
               726 Exchange Street Suite 700,   Buffalo, NY 14210-1464
14295813      E-mail/Text: legalcollections@comed.com Nov 09 2013 00:39:23     Commonwealth Edison,
               P.O. Box 6111,   Carol Stream, IL 60197-6111
14421642      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 09 2013 00:51:02     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14295817      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 09 2013 00:51:02     Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
14547326      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2013 00:51:01
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14295824      E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2013 00:37:42     GMAC,   PO Box 9001719,
               Louisville, KY 40290-1719
14469596     +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2013 00:37:42     GMAC,   PO Box 9001952,
               Louisville, KY 40290-1952
15427256     +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2013 00:37:42     GMAC,   PO BOX 130424,
               Roseville MN 55113-0004
14675708      E-mail/Text: cio.bncmail@irs.gov Nov 09 2013 00:37:54     Internal Revenue Service,
               PO BOX 21126, M/S N781,   Philadelphia, PA 19114
14469604      E-mail/Text: cio.bncmail@irs.gov Nov 09 2013 00:37:55     Internal Revenue Service,
               Special Procedure Branch,   230 S Dearborn,   Attn: Stop 5010-CHI,   Chicago, IL 60604
14295840      E-mail/Text: bankrup@aglresources.com Nov 09 2013 00:37:30     Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
14547240     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2013 00:43:03
               PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14469601     ##+Account Receivables Technologies,   One Woodbridge Center # 410,   Woodbridge, NJ 07095-1151
14295803     ##+Bank of America Gold,   PO Box 17309,   Baltimore, MD 21297-1309
14295806     ##+Bobby Kinkela,   7227 Roosevelt,   Forest Park, IL 60130-2495
14295807     ##+Bridgett Charles,   1242 Marengo,   Forest Park, IL 60130-2478
14295814     ##+Countrywide,   PO Box 10334,   Van Nuys, CA 91410-0334
14295820     ##+Felix Akinbote,   1242 Marengo,   Forest Park, IL 60130-2478
14295831     ##+John Kozlowski,   1124 Marengo,   Forest Park, IL 60130-3924
14295832     ##+John Turner,   7227 Roosevelt,   Forest Park, IL 60130-2495
14295842     ##+Omar McDaniel,   1242 Marengo,   Forest Park, IL 60130-2478
14295851      ##Washington Mutual Chase,   PO Box 78065,   Phoenix, AZ 85062-8065
14295852      ##Wells Fargo Finance,   PO Box 98784,   Las Vegas, NV 89193-8784
                                                                                              TOTALS: 0, * 0, ## 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: froman              Page 3 of 3              Date Rcvd: Nov 08, 2013
                               Form ID: pdf006           Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2013 at the address(es) listed below:
              Carolina Y Sales    on behalf of Plaintiff TRAVIS   CROWELL csales@bauch-michaels.com
              Carolina Y Sales    on behalf of Creditor TRAVIS   CROWELL csales@bauch-michaels.com
              Eugene  Crane    on behalf of Plaintiff Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane     ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Joel P Fonferko    on behalf of Creditor   American Home Mortgage Servicing Inc. as servicer for
               Deutsche Bank Trust Company Americas as Indenture Trustee for American Home Mortgage Investment
               Trust 2006-2, Mortgage-Backed Notes, Series 2006-2 ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor   CitiMortgage, Inc. ND-One@il.cslegal.com
              Josephine J Miceli    on behalf of Creditor   U.S. Bank National Association, as Trustee
               jmiceli@fisherandshapirolaw.com
              Kenneth A. Michaels, Jr    on behalf of Creditor TRAVIS   CROWELL kmichaels@bauch-michaels.com,
               pbauch@bauch-michaels.com
              Kenneth A. Michaels, Jr    on behalf of Plaintiff TRAVIS   CROWELL kmichaels@bauch-michaels.com,
               pbauch@bauch-michaels.com
              Lucas J Hinkle    on behalf of Plaintiff TRAVIS   CROWELL lhinkle@bauch-michaels.com
              Lucas J Hinkle    on behalf of Creditor TRAVIS   CROWELL lhinkle@bauch-michaels.com
              Lucas J Hinkle    on behalf of Defendant TRAVIS   CROWELL lhinkle@bauch-michaels.com
              Mitchell  Lieberman    on behalf of Creditor   The Bank of New York Mellon as Trustee for the
               Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC9, Mortgage Pass-Through
               Certificates, Series 2006-OC9 mlieberman@noonanandlieberman.com,
               igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bauch    on behalf of Plaintiff TRAVIS   CROWELL pbauch@bauch-michaels.com,
               smohan@bauch-michaels.com
              Rebecca D. Rosenthal    on behalf of Debtor William N. Porayko rdr@ag-ltd.com
              Richard D. Grossman    on behalf of Trustee Eugene  Crane rgrossman@buildersbank.com,
               bfahy2001@yahoo.com;rgat135@aol.com
                                                                                             TOTAL: 18
```