## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: PORAYKO, WILLIAM N. § | Case No. 09-29262 |
| § | |
| PORAYKO, BILL § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $24,039.13                                       Assets Exempt: $21,950.23
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,000.00              Claims Discharged
                                                         Without Payment: $406,050.30

Total Expenses of Administration: $11,398.22

---

3) Total gross receipts of $     12,398.22   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00   (see **Exhibit 2**), yielded net receipts of $12,398.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,701,499.99 | $775,292.47 | $1,000.00 | $1,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,519.75 | 25,519.75 | 11,398.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 711.39 | 743.63 | 743.63 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 315,144.58 | 146,365.48 | 146,365.48 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$3,017,355.96** | **$947,921.33** | **$173,628.86** | **$12,398.22** |

    4) This case was originally filed under Chapter 7 on August 10, 2009. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/08/2014           By:  /s/EUGENE CRANE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent for 1242 Marengo Forest Park | 1222-000 | 2,285.00 |
| Rent for 7227-7233 W. Roosevelt Forest Park | 1222-000 | 6,764.00 |
| Rent for 1124 Marengo Forest Park | 1222-000 | 3,341.00 |
| Interest Income | 1270-000 | 8.22 |
| **TOTAL GROSS RECEIPTS** | | **$12,398.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Travis Crowell | 4220-000 | 66,085.96 | 68,399.77 | 1,000.00 | 1,000.00 |
| 13 | JPMorgan Chase Bank, N.A. | 4800-000 | 687,452.00 | 695,681.70 | 0.00 | 0.00 |
| 17 | GMAC | 4800-000 | 11,199.35 | 11,211.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 187,488.22 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage Servicing, Inc. | 4110-000 | 262,499.90 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 548,554.18 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 159,717.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Bank | 4110-000 | 2,482.83 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen | 4110-000 | 36,992.19 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC | | 4110-000 | 136,508.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | | 4110-000 | 299,606.66 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide | | 4110-000 | 223,551.29 | N/A | N/A | 0.00 |
| NOTFILED | Dyck-O'Neil, Inc. | | 4110-000 | 6,575.30 | N/A | N/A | 0.00 |
| NOTFILED | Ben Watts Marina | | 4110-000 | 2,389.46 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loan Servicing, LP | 4110-000 | 70,397.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | | $2,701,499.99 | $775,292.47 | $1,000.00 | $1,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,989.82 | 1,989.82 | 803.70 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 20,785.50 | 20,785.50 | 8,395.39 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 914.79 | 914.79 | 369.49 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 912.00 | 912.00 | 912.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.54 | 13.54 | 13.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.93 | 9.93 | 9.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.49 | 19.49 | 19.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.93 | 27.93 | 27.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.33 | 25.33 | 25.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.90 | 26.90 | 26.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.17 | 25.17 | 25.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.72 | 26.72 | 26.72 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.92 | 9.92 | 9.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.30 | 27.30 | 27.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.36 | 26.36 | 26.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.48 | 25.48 | 25.48 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 27.01 | 27.01 | 27.01 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 18.26 | 18.26 | 18.26 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 10.37 | 10.37 | 10.37 |
| Rabobank, N.A. | 2600-000 | | N/A | 15.95 | 15.95 | 15.95 |
| Rabobank, N.A. | 2600-000 | | N/A | 16.49 | 16.49 | 16.49 |
| Rabobank, N.A. | 2600-000 | | N/A | 18.17 | 18.17 | 18.17 |
| Rabobank, N.A. | 2600-000 | | N/A | 17.57 | 17.57 | 17.57 |
| Rabobank, N.A. | 2600-000 | | N/A | 15.85 | 15.85 | 15.85 |
| Illinois Department of Revenue | 2820-000 | | N/A | 12.00 | 12.00 | 12.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 18.65 | 18.65 | 18.65 |
| Rabobank, N.A. | 2600-000 | | N/A | 16.92 | 16.92 | 16.92 |
| Rabobank, N.A. | 2600-000 | | N/A | 16.33 | 16.33 | 16.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $25,519.75 | $25,519.75 | $11,398.22 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 -2 | Internal Revenue Service | 5800-000 | unknown | N/A | N/A | 0.00 |
| 16 | Illinois Department of Employment Security | 5800-000 | 711.39 | 743.63 | 743.63 | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assessor County Bldg., | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $711.39 | $743.63 | $743.63 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 9,303.01 | 9,303.01 | 9,303.01 | 0.00 |
| 2 | Advanta Bank Corp | 7100-000 | 0.00 | 36,886.85 | 36,886.85 | 0.00 |
| 4 | American Express Bank FSB | 7100-000 | 24,168.74 | 23,792.57 | 23,792.57 | 0.00 |
| 5 | American Express Bank FSB | 7100-000 | 948.77 | 948.77 | 948.77 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 983.49 | 983.49 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee Citibank | 7100-000 | 2,974.50 | 2,506.89 | 2,506.89 | 0.00 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 0.00 | 18,052.68 | 18,052.68 | 0.00 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 13,000.00 | 12,057.40 | 12,057.40 | 0.00 |
| 10 | United States Department of Education | 7100-000 | 5,235.37 | 5,150.81 | 5,150.81 | 0.00 |
| 12 | Liberty Tax | 7100-000 | 0.00 | 1,800.00 | 1,800.00 | 0.00 |
| 14 | Frank Salamone | 7100-000 | 0.00 | 27,789.71 | 27,789.71 | 0.00 |
| 15 | Wells Fargo Financial Illinois Inc | 7200-000 | 573.00 | 518.00 | 518.00 | 0.00 |
| 18 | Federal National Mortgage Assoc | 7200-000 | N/A | 6,575.30 | 6,575.30 | 0.00 |
| NOTFILED | John Kozlowski | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jackson Hewitt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase | 7100-000 | 27,883.38 | N/A | N/A | 0.00 |
| NOTFILED | John Turner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | 621.94 | N/A | N/A | 0.00 |
| NOTFILED | Homelink | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Felix Akinbote | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ebony Barnett | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | General Home | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FFCC-Columbus, Inc. | 7100-000 | 15,106.49 | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 2,641.42 | N/A | N/A | 0.00 |
| NOTFILED | Natasha Robertson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mobil Processing Center | 7100-000 | 2,406.65 | N/A | N/A | 0.00 |
| NOTFILED | Omar McDaniel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sage Capital Recovery | 7100-000 | 36,886.85 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Salomon Cleaners | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Craig Shaffer & Associates Ltd. | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tamara Botkin | 7100-000 | 12,500.00 | N/A | N/A | 0.00 |
| NOTFILED | National Enterprise Systems | 7100-000 | 18,052.68 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverside | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Forest Park | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Neil McShaffrey | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Veolia Environmental Services | 7100-000 | 66.09 | N/A | N/A | 0.00 |
| NOTFILED | Bobby Kinkela | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | 158.84 | N/A | N/A | 0.00 |
| NOTFILED | Alfredo Espana | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 63.33 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 68,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ATT Mobility | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Visa LTD Financial | 7100-000 | 26,575.14 | N/A | N/A | 0.00 |
| NOTFILED | BMW Financial | 7100-000 | 21,239.89 | N/A | N/A | 0.00 |
| NOTFILED | American Express Green | 7100-000 | 983.49 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title & Trust | 7100-000 | 880.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant Property | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gregory Goins | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bridgett Charles | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Account Receivable Technologies One Woodbridge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $315,144.58 | $146,365.48 | $146,365.48 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29262  
**Case Name:** PORAYKO, WILLIAM N.  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 08/10/09 (f)  
**§341(a) Meeting Date:** 09/21/09  

**Period Ending:** 01/08/14  

**Claims Bar Date:** 12/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7227 Roosevelt Road, Forest Park | Unknown | Unknown | OA | 0.00 | FA |
| 2 | 1124 Marengo Forest Park | Unknown | Unknown | OA | 0.00 | FA |
| 3 | 1242 Marengo Forest Park | Unknown | Unknown | OA | 0.00 | FA |
| 4 | 932 Wesley, Oak Park | Unknown | Unknown | OA | 0.00 | FA |
| 5 | 1329 Marengo Forest Park | Unknown | Unknown | OA | 0.00 | FA |
| 6 | 280 Maplewood Riverside | Unknown | Unknown | | 0.00 | FA |
| 7 | TCF Bank acct ending 1464 (See Footnote) | 11,535.90 | 8,335.90 | | 0.00 | FA |
| 8 | TCF Bank acct ending 2480 | 8.00 | 8.00 | | 0.00 | FA |
| 9 | Charter One Bank acct ending in 0417 | 135.00 | 135.00 | | 0.00 | FA |
| 10 | Household Goods and Furnishings | Unknown | Unknown | | 0.00 | FA |
| 11 | Books and Art Objects | Unknown | Unknown | | 0.00 | FA |
| 12 | Wearing Apparel | Unknown | Unknown | | 0.00 | FA |
| 13 | Seiko Watch | Unknown | Unknown | | 0.00 | FA |
| 14 | Giant bicycle | Unknown | Unknown | | 0.00 | FA |
| 15 | 100% ownership interest in Windy City Mortgage | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 100% owner of General Home Renovation, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 100% owner of Windy City Professional Services | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Pre-petition salary paid post-petition | 462.23 | 0.00 | | 0.00 | FA |
| 19 | Mortgage Originator and Life Insurance License | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 1986 Ford Pickup | 988.00 | 0.00 | | 0.00 | FA |
| 21 | 1989 Sea Ray Boat | 5,900.00 | 3,010.54 | | 0.00 | FA |
| 22 | Office Equipment, Furnishings and Supplies | Unknown | Unknown | | 0.00 | FA |
| 23 | Hand tools | Unknown | Unknown | | 0.00 | FA |
| 24 | Samson speakers, pianos and other music equipmt | Unknown | Unknown | | 0.00 | FA |
| 25 | Rent for 1242 Marengo Forest Park (u) | Unknown | N/A | | 2,285.00 | FA |
| 26 | Rent for 7227-7233 W. Roosevelt Forest Park (u) | Unknown | N/A | | 6,764.00 | FA |
| 27 | Rent for 1124 Marengo Forest Park (u) | Unknown | N/A | | 3,341.00 | FA |

Printed: 01/08/2014 01:28 PM    V.13.13

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29262  
**Case Name:** PORAYKO, WILLIAM N.

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 08/10/09 (f)  
**§341(a) Meeting Date:** 09/21/09

**Period Ending:** 01/08/14  
**Claims Bar Date:** 12/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Cash on hand | 5,010.00 | 5,010.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.22 | FA |
| **29** | **Assets Totals** (Excluding unknown values) | **$24,039.13** | **$16,499.44** | | **$12,398.22** | **$0.00** |

RE PROP# 7   Denied turnover on appeal by Court.
   Appeal was denied, monies to be collected by lien holder not by estate.

---

**Major Activities Affecting Case Closing:**

   12/30/11: Appeal still pending regarding release of funds from bank
   03/30/13: Appeal was denied; monies from TCF account will not be turned over to estate. Will have taxes prepared and close case. (dk)
   11/07: Filed TFR with Court; Hearing in front of Hollis on 12/10 at 10:30am (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010    **Current Projected Date Of Final Report (TFR):**   November 7, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-29262  
**Case Name:** PORAYKO, WILLIAM N.  

**Taxpayer ID #:** **-***7819  
**Period Ending:** 01/08/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****29-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/09 | {25} | Omar Ray McDaniel | August Rent for 1242 Marengo | 1222-000 | 525.00 | | 525.00 |
| 09/01/09 | {26} | John R. Turner | August Rent for 7227 W. Roosevelt Road property | 1222-000 | 850.00 | | 1,375.00 |
| 09/01/09 | {25} | Felix Akinbote | August Rent for 1242 Marengo | 1222-000 | 710.00 | | 2,085.00 |
| 09/01/09 | {27} | Ebony Barnett | August Rent for 1124 Marengo | 1222-000 | 965.00 | | 3,050.00 |
| 09/01/09 | {26} | Natasha Robertson | August Rent for Roosevelt property | 1222-000 | 965.00 | | 4,015.00 |
| 09/01/09 | {26} | Gregory Goins | August Rent | 1222-000 | 995.00 | | 5,010.00 |
| 09/02/09 | {27} | Neil and Frances McSheffrey | Sept. Rent for 1124 Marengo | 1222-000 | 835.00 | | 5,845.00 |
| 09/14/09 | {26} | Natasha Robertson | September Rent for 7227 Roosevelt, Forest Park | 1222-000 | 600.00 | | 6,445.00 |
| 09/14/09 | {26} | Natasha Robertson | NSF Check, Reversed Deposit 100005 1 August Rent for Marengo property | 1222-000 | -965.00 | | 5,480.00 |
| 09/15/09 | {26} | John R. Turner | NSF Check, Reversed Deposit 100002 1 August Rent for 7227 W. Roosevelt Road property | 1222-000 | -850.00 | | 4,630.00 |
| 09/29/09 | {26} | Prince Street Tax Inc./Liberty Tax Service | Rent for October 2009 7233 Roosevelt | 1222-000 | 1,050.00 | | 5,680.00 |
| 09/30/09 | {27} | Neil & Frances McSheffrey | Rent for October 2009 (minus plumbing costs) 1124 Marengo Forest Park, IL | 1222-000 | 706.00 | | 6,386.00 |
| 09/30/09 | {26} | Salo's Dry Cleaner and Shoe Repair | Rent for October 2009 7227 W. Roosevelt | 1222-000 | 925.00 | | 7,311.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 7,311.17 |
| 10/12/09 | {25} | Omar McDaniel | October Rent for 1242 Marengo Ave Forest Park, IL | 1222-000 | 525.00 | | 7,836.17 |
| 10/27/09 | {26} | Robert and Jessica Kinkela | October Rent 7227 Roosevelt Road | 1222-000 | 369.00 | | 8,205.17 |
| 10/27/09 | 1001 | Nicor Gas | Gas Account No. 47-77-93-1355 1<br>7227 W. Roosevelt Road Forest Park<br>Voided on 12/07/09 | 2420-003 | | 945.93 | 7,259.24 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,259.54 |
| 11/02/09 | {27} | Neil and Frances McSheffrey | November rent for 1124 Marengo Ave. Forest Park, IL | 1222-000 | 835.00 | | 8,094.54 |
| 11/02/09 | {26} | Salo's Dry Cleaner and Shoe Repair | November Rent for 7227-7233 Roosevelt building | 1222-000 | 925.00 | | 9,019.54 |
| 11/02/09 | {26} | Prince Street Tax Inc. | November Rent 7227-7233 Roosevelt building | 1222-000 | 1,050.00 | | 10,069.54 |
| 11/16/09 | {26} | Robert and Jessica Kinkela | November Rent for 7227 Roosevelt, Forest Park | 1222-000 | 850.00 | | 10,919.54 |
| 11/23/09 | {25} | Omar Ray McDaniel | November Rent for 1242 Marengo, Forest Park | 1222-000 | 525.00 | | 11,444.54 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,445.00 |
| 12/07/09 | 1001 | Nicor Gas | Gas Account No. 47-77-93-1355 1 | 2420-003 | | -945.93 | 12,390.93 |

Subtotals :     $12,390.93     $0.00

{} Asset reference(s)                                                                                         Printed: 01/08/2014 01:28 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-29262 | **Trustee:** | EUGENE CRANE (330350) |
| **Case Name:** PORAYKO, WILLIAM N. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****29-65 - Money Market Account |
| **Taxpayer ID #:** **-***7819 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 01/08/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | 7227 W. Roosevelt Road Forest Park Voided: check issued on 10/27/09 | | | | |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,391.45 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,391.93 |
| 02/08/10 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #09-29262, Bond #016026455 | 2300-000 | | 13.54 | 12,378.39 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,378.86 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 12,379.41 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 12,379.49 |
| 04/06/10 | | Wire out to BNYM account 9200******2965 | Wire out to BNYM account 9200******2965 | 9999-000 | -12,379.49 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 13.54 | 13.54 | $0.00 |
| | Less: Bank Transfers | -12,379.49 | 0.00 | |
| | **Subtotal** | 12,393.03 | 13.54 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$12,393.03** | **$13.54** | |

{} Asset reference(s)                                                                             Printed: 01/08/2014 01:28 PM     V.13.13

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 09-29262 | | **Trustee:** | EUGENE CRANE (330350) |
| **Case Name:** | PORAYKO, WILLIAM N. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******29-65 - Checking Account |
| **Taxpayer ID #:** | **-***7819 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/08/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | 9999-000 | 12,379.49 | | 12,379.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 12,380.08 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.73 | | 12,380.81 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,381.53 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.73 | | 12,382.26 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.74 | | 12,383.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,383.10 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,383.20 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,383.30 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,383.40 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,383.50 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,383.59 |
| 02/28/11 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-29262, ~ Blanket Bond #016026455 | 2300-000 | | ! 9.93 | 12,373.66 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,373.76 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 12,373.82 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 12,373.85 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,373.95 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,374.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,374.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.49 | 12,354.66 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,354.76 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.78 | 12,325.98 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.85 | 12,326.83 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,326.93 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.33 | 12,301.60 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,301.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,276.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,276.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.90 | 12,249.90 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,250.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.17 | 12,224.83 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,224.93 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.72 | 12,198.21 |

Subtotals : $12,384.68 $186.47

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 01/08/2014 01:28 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-29262 | | **Trustee:** | EUGENE CRANE (330350) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PORAYKO, WILLIAM N. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******29-65 - Checking Account |
| **Taxpayer ID #:** | **-***7819 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/08/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/28/12 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-29262, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 9.92 | 12,188.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,163.29 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,138.29 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,113.29 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.30 | 12,085.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,060.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.36 | 12,034.63 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.48 | 12,009.15 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,984.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.01 | 11,957.14 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,932.14 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,907.14 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 11,907.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,384.68 | 12,384.68 | $0.00 |
| | | | Less: Bank Transfers | | 12,379.49 | 11,907.14 | |
| | | | **Subtotal** | | 5.19 | 477.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.19** | **$477.54** | |

{} Asset reference(s)    Printed: 01/08/2014 01:28 PM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-29262 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | PORAYKO, WILLIAM N. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****763765 - Checking Account |
| Taxpayer ID #: | **-***7819 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/08/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,907.14 | | 11,907.14 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.26 | 11,888.88 |
| 02/07/13 | 21005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-29262, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 10.37 | 11,878.51 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.95 | 11,862.56 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.49 | 11,846.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.17 | 11,827.90 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.57 | 11,810.33 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.85 | 11,794.48 |
| 07/23/13 | 21006 | Illinois Department of Revenue | 2009 IL-1041-V; FEIN#54-6857819 | 2820-000 | | 12.00 | 11,782.48 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.65 | 11,763.83 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.92 | 11,746.91 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.33 | 11,730.58 |
| 12/10/13 | 21007 | Travis Crowell | Dividend paid 100.00% on $1,000.00; Claim# 3; Filed: $68,399.77; Reference: | 4220-000 | | 1,000.00 | 10,730.58 |
| 12/10/13 | 21008 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 10,480.58 |
| 12/10/13 | 21009 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $912.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 912.00 | 9,568.58 |
| 12/10/13 | 21010 | EUGENE CRANE | Dividend paid 40.39% on $1,989.82, Trustee Compensation; Reference: | 2100-000 | | 803.70 | 8,764.88 |
| 12/10/13 | 21011 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 40.39% on $20,785.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,395.39 | 369.49 |
| 12/10/13 | 21012 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 40.39% on $914.79, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 369.49 | 0.00 |

| | | ACCOUNT TOTALS | 11,907.14 | 11,907.14 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 11,907.14 | 0.00 | |
| | | Subtotal | 0.00 | 11,907.14 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $11,907.14 | |

{} Asset reference(s)

Printed: 01/08/2014 01:28 PM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 09-29262 | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** PORAYKO, WILLIAM N. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****763765 - Checking Account |
| **Taxpayer ID #:** **-***7819 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/08/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 12,398.22 | | | | |
| | | Net Estate : | $12,398.22 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****29-65** | 12,393.03 | 13.54 | 0.00 |
| **Checking # 9200-******29-65** | 5.19 | 477.54 | 0.00 |
| **Checking # ****763765** | 0.00 | 11,907.14 | 0.00 |
| | $12,398.22 | $12,398.22 | $0.00 |

{} Asset reference(s)             Printed: 01/08/2014 01:28 PM    V.13.13